# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
QUEDNAU II, WALTER CARL § Case No. 16-16422 DRC
§
Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 05/16/2016 . The undersigned trustee was appointed on 05/16/2016 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of        $    40,000.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 53.70 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]        $ | 39,946.30 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 10/21/2016 and the deadline for filing governmental claims was 11/14/2016 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 4,750.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 4,750.00 , for a total compensation of $ 4,750.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 3.48 , for total expenses of $ 3.48 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/15/2016                By: /s/GINA B. KROL
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

Case 16-16422 Doc 41 Filed 12/06/16 Entered 12/06/16 12:48:37 Desc Main
Document Page 3 of 9

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 16-16422 DRC Judge: Donald R. Cassling | | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|
| Case Name: | QUEDNAU II, WALTER CARL | | | Date Filed (f) or Converted (c): | 05/16/16 (f) |
| | | | | 341(a) Meeting Date: | 06/07/16 |
| For Period Ending: | 11/15/16 | | | Claims Bar Date: | 10/21/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. SINGLE-FAMILY HOME, 252 BLOOMFIELD PARKWAYBLOOMIN | 362,836.00 | 0.00 | | 40,000.00 | FA |
| 2. OTHER: TOWNHOME, 2457 DAYBREAK COURTELGIN IL 6012 | 127,781.00 | 0.00 | | 0.00 | FA |
| 3. 2003 LINCOLN AVIATOR MILEAGE: 157,000 | 3,500.00 | 0.00 | | 0.00 | FA |
| 4. 2004 FORD MUSTANG MILEAGE: 130,000 | 2,500.00 | 0.00 | | 0.00 | FA |
| 5. BLOOMINGDALE: USUAL AND ORDINARY HOUEHOLD GOODS AN | 3,750.00 | 0.00 | | 0.00 | FA |
| 6. USUAL AND ORDINARY PERSONAL ELETRONICS INCLUDING B | 750.00 | 0.00 | | 0.00 | FA |
| 7. WALL PAINTINGS/MIRRORS (X21); BOOKS INCLUDING: TEX | 600.00 | 0.00 | | 0.00 | FA |
| 8. GOLF CLUBS(18 YEARS OLD); TREADMILL(1 YEAR OLD); P | 650.00 | 0.00 | | 0.00 | FA |
| 9. USUAL AND ORDINARY FOR WEARING APPAREL FOR 1 ADULT | 150.00 | 0.00 | | 0.00 | FA |
| 10. WEDDING BAND; MCDONALD'S 10-YEAR RING; WATCH (NOT | 1,200.00 | 0.00 | | 0.00 | FA |
| 11. CASH | 55.00 | 0.00 | | 0.00 | FA |
| 12. BMO HARRIS | 1,586.19 | 0.00 | | 0.00 | FA |
| 13. BMO HARRIS | 250.00 | 0.00 | | 0.00 | FA |
| 14. WCQ CONSULTING, INC. - BANK ACCOUNT: BALANCE APPRO | 0.00 | 0.00 | | 0.00 | FA |
| 15. FIDELITY | 16,729.53 | 0.00 | | 0.00 | FA |
| 16. FIDELITY | 0.01 | 0.00 | | 0.00 | FA |
| 17. AD&D INSURANCE: CIGNA, BENEFICIARY: NA | 0.00 | 0.00 | | 0.00 | FA |
| 18. TERM LIFE INSURANCE - TRANSAMERICA (X2 POLICIES), | 0.00 | 0.00 | | 0.00 | FA |
| 19. MEDICARE, BENEFICIARY: NA | 0.00 | 0.00 | | 0.00 | FA |
| 20. SUPPLEMENTAL HEALTH AND PRESCRIPTION INSURANCE - B | 0.00 | 0.00 | | 0.00 | FA |
| 21. HOMEOWNER'S INSURANCE FOR EACH OF BLOOMINGDALE AND | 0.00 | 0.00 | | 0.00 | FA |
| 22. AUTO INSURANCE - STATE FARM, BENEFICIARY: NA | 0.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

Case No: 16-16422   DRC   Judge: Donald R. Cassling
Case Name: QUEDNAU II, WALTER CARL

Trustee Name: GINA B. KROL
Date Filed (f) or Converted (c): 05/16/16 (f)
341(a) Meeting Date: 06/07/16
Claims Bar Date: 10/21/16

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 23. TERM LIFE INSURANCE - GEN WORTH, BENEFICIARY: ADUL | 0.00 | 0.00 | | 0.00 | FA |
| 24. Potential remaining inheritance from mother's est | 5,000.00 | 0.00 | | 0.00 | FA |

TOTALS (Excluding Unknown Values)    $527,337.73    $0.00    $40,000.00    Gross Value of Remaining Assets $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee awaiting bar date to expire; TFR to follow October 12, 2016, 02:59 pm

Initial Projected Date of Final Report (TFR): 12/31/16    Current Projected Date of Final Report (TFR): 12/31/16


/s/   GINA B. KROL
_____   Date: 11/15/16
GINA B. KROL

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 16-16422 -DRC | Trustee Name: | GINA B. KROL |
| Case Name: | QUEDNAU II, WALTER CARL | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******7921 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4204 | | |
| For Period Ending: | 11/15/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/04/16 | 1 | SPRINGER BROWN LLC<br>300 S COUNTY FARM ROAD, STE 1<br>WHEATON, IL 60187 | | 1110-000 | 40,000.00 | | 40,000.00 |
| 11/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 53.70 | 39,946.30 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 40,000.00 | 53.70 | 39,946.30 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 40,000.00 | 53.70 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 40,000.00 | 53.70 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - *******7921 | 40,000.00 | 53.70 | 39,946.30 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 40,000.00 | 53.70 | 39,946.30 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals      40,000.00      53.70

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: November 15, 2016 |
|---|---|---|---|---|---|---|

Case Number: 16-16422  Priority Sequence
Debtor Name: QUEDNAU II, WALTER CARL   Joint Debtor:

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| ADMIN<br>001<br>3110-00 | Cohen & Krol<br>Attorneys for Trustee<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Administrative | | $0.00 | $2,732.32 | $2,732.32 |
| ADMIN 1<br>001<br>2100-00 | GINA B. KROL<br>105 W. Madison<br>Suite 1100<br>Chicago, IL 60602 | Administrative | | $0.00 | $4,753.48 | $4,753.48 |
| 000001<br>070<br>7100-00 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Unsecured | | $0.00 | $3,741.32 | $3,741.32 |
| 000002<br>070<br>7100-00 | East Balt, Inc. n/k/a East Balt US LLC,<br>c/o Tejal<br>c/o Latimer Levay Fyock LLC<br>55 W. Monroe Street, Suite 1100<br>Chicago, IL 60603 | Unsecured | | $0.00 | $294,018.09 | $294,018.09 |
| | Case Totals: | | | $0.00 | $305,245.21 | $305,245.21 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 16-16422 DRC
Case Name: QUEDNAU II, WALTER CARL
Trustee Name: GINA B. KROL

| | | |
|---|---|---|
| Balance on hand | $ | 39,946.30 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 4,750.00 | $ 0.00 | $ 4,750.00 |
| Trustee Expenses: GINA B. KROL | $ 3.48 | $ 0.00 | $ 3.48 |
| Attorney for Trustee Fees: Cohen & Krol | $ 2,722.50 | $ 0.00 | $ 2,722.50 |
| Attorney for Trustee Expenses: Cohen & Krol | $ 9.82 | $ 0.00 | $ 9.82 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 7,485.80 |
| Remaining Balance | $ | 32,460.50 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 297,759.41  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  10.9  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American Express Centurion Bank c/o Becket and Lee LLP PO Box 3001 Malvern PA 19355-0701 | $ 3,741.32 | $ 0.00 | $ 407.86 |
| 000002 | East Balt, Inc. n/k/a East Balt US LLC, c/o Tejal c/o Latimer Levay Fyock LLC 55 W. Monroe Street, Suite 1100 Chicago, IL 60603 | $ 294,018.09 | $ 0.00 | $ 32,052.64 |
| | Total to be paid to timely general unsecured creditors | | | $ 32,460.50 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE