IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **WALTER CARL QUEDNAU II** | ) | No. 16B 16422 |
| | ) | |
| | ) | |
| Debtor(s). | ) | |

## PROOF OF SERVICE

TO:    See Attached


I, GINA B. KROL, state that copies of the Notice of Trustee's Final Report and

Applications for Compensation and Deadline to Object, was sent on December 7, 2016,

by First Class U.S. Mail and/or ECF to the persons shown on the attached service list.


GINA B. KROL
COHEN & KROL
105 W. Madison, Ste 1100
Chicago, IL   60602
312-368-0300                                          BY:/s/ Gina B. Krol_____
                                                               Ch 7 Bankruptcy Trustee

Service List:

American Express Centurion Bank
c/o Becket & Lee, LLP
P.O. Box 3001
Malvern, PA   19355-0701

East Balt, Inc. n/k/a East Balt US LLC
c/o Tejal
c/o Latimer Levay Fyock, LLC
55 W. Monroe Street, Ste 1100
Chicago, IL   60603

Joshua Greene
jgreene@springerbrown.com

Office of the US Trustee
USTPRegion11.ES.ECF@usdoj.gov