# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## CHICAGO DIVISION

In re: §
§
QUEDNAU II, WALTER CARL § Case No. 16-16422 DRC
§
Debtor §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 141,222.19<br>*(Without deducting any secured claims)* | Assets Exempt: 401,115.54 |
| Total Distributions to Claimants: 32,460.50 | Claims Discharged<br>Without Payment: 265,298.91 |
| Total Expenses of Administration: 7,539.50 | |

3) Total gross receipts of $ 40,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 40,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 981,234.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 7,539.50 | 7,539.50 | 7,539.50 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 299,813.35 | 297,759.41 | 297,759.41 | 32,460.50 |
| **TOTAL DISBURSEMENTS** | $ 1,281,047.35 | $ 305,298.91 | $ 305,298.91 | $ 40,000.00 |

4) This case was originally filed under chapter 7 on 05/16/2016 . The case was pending for 10 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/06/2017            By: /s/GINA B. KROL
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| SINGLE-FAMILY HOME, 252 BLOOMFIELD PARKWAYBLOOMIN | 1110-000 | 40,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$40,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Nationstar Mortgage LLC 8950 Cypress Waters Blvd Coppell, TX 75019 | | 362,836.00 | NA | NA | 0.00 |
| | Property Specialists 5999 New Wilke Road #108 Rolling Meadows, IL 60008 | | 127,781.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wells Fargo Home Mtg Written Correspondence Resolutions Mac#X2302-04e Po Box 10335 Des Moines, IA 50306 | | 127,781.00 | NA | NA | 0.00 |
| | Williamson Management 215 William St. Bensenville, IL 60106 | | 362,836.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 981,234.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| KROL, GINA B. | 2100-000 | NA | 4,750.00 | 4,750.00 | 4,750.00 |
| KROL, GINA B. | 2200-000 | NA | 3.48 | 3.48 | 3.48 |
| ASSOCIATED BANK | 2600-000 | NA | 53.70 | 53.70 | 53.70 |
| COHEN & KROL | 3110-000 | NA | 1,815.01 | 1,815.01 | 1,815.01 |
| GINA B. KROL | 3110-000 | NA | 907.49 | 907.49 | 907.49 |
| COHEN & KROL | 3120-000 | NA | 9.82 | 9.82 | 9.82 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 7,539.50 | $ 7,539.50 | $ 7,539.50 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America Nc4-105-03-14 Po Box 26012 Greensboro, NC 27410 | | 6,982.00 | NA | NA | 0.00 |
| | Citibank / Sears Citicard Credit Srvs/Centralized Bankrup Po Box 790040 Saint Louis, MO 63179 | | 4,907.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | AMERICAN EXPRESS CENTURION BANK | 7100-900 | 3,000.00 | 3,741.32 | 3,741.32 | 407.86 |
| 000002 | EAST BALT, INC. N/K/A EAST BALT US | 7100-900 | 284,924.35 | 294,018.09 | 294,018.09 | 32,052.64 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 299,813.35 | $ 297,759.41 | $ 297,759.41 | $ 32,460.50 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 16-16422 | DRC | Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|
| Case Name: | QUEDNAU II, WALTER CARL | | | Date Filed (f) or Converted (c): | 05/16/16 (f) |
| | | | | 341(a) Meeting Date: | 06/07/16 |
| For Period Ending: 03/06/17 | | | | Claims Bar Date: | 10/21/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. SINGLE-FAMILY HOME, 252 BLOOMFIELD PARKWAYBLOOMIN | 362,836.00 | 0.00 | | 40,000.00 | FA |
| 2. OTHER: TOWNHOME, 2457 DAYBREAK COURTELGIN IL 6012 | 127,781.00 | 0.00 | | 0.00 | FA |
| 3. 2003 LINCOLN AVIATOR MILEAGE: 157,000 | 3,500.00 | 0.00 | | 0.00 | FA |
| 4. 2004 FORD MUSTANG MILEAGE: 130,000 | 2,500.00 | 0.00 | | 0.00 | FA |
| 5. BLOOMINGDALE: USUAL AND ORDINARY HOUEHOLD GOODS AN | 3,750.00 | 0.00 | | 0.00 | FA |
| 6. USUAL AND ORDINARY PERSONAL ELETRONICS INCLUDING B | 750.00 | 0.00 | | 0.00 | FA |
| 7. WALL PAINTINGS/MIRRORS (X21); BOOKS INCLUDING: TEX | 600.00 | 0.00 | | 0.00 | FA |
| 8. GOLF CLUBS(18 YEARS OLD); TREADMILL(1 YEAR OLD); P | 650.00 | 0.00 | | 0.00 | FA |
| 9. USUAL AND ORDINARY FOR WEARING APPAREL FOR 1 ADULT | 150.00 | 0.00 | | 0.00 | FA |
| 10. WEDDING BAND; MCDONALD'S 10-YEAR RING; WATCH (NOT | 1,200.00 | 0.00 | | 0.00 | FA |
| 11. CASH | 55.00 | 0.00 | | 0.00 | FA |
| 12. BMO HARRIS | 1,586.19 | 0.00 | | 0.00 | FA |
| 13. BMO HARRIS | 250.00 | 0.00 | | 0.00 | FA |
| 14. WCQ CONSULTING, INC. - BANK ACCOUNT: BALANCE APPRO | 0.00 | 0.00 | | 0.00 | FA |
| 15. FIDELITY | 16,729.53 | 0.00 | | 0.00 | FA |
| 16. FIDELITY | 0.01 | 0.00 | | 0.00 | FA |
| 17. AD&D INSURANCE: CIGNA, BENEFICIARY: NA | 0.00 | 0.00 | | 0.00 | FA |
| 18. TERM LIFE INSURANCE - TRANSAMERICA (X2 POLICIES), | 0.00 | 0.00 | | 0.00 | FA |
| 19. MEDICARE, BENEFICIARY: NA | 0.00 | 0.00 | | 0.00 | FA |
| 20. SUPPLEMENTAL HEALTH AND PRESCRIPTION INSURANCE - B | 0.00 | 0.00 | | 0.00 | FA |
| 21. HOMEOWNER'S INSURANCE FOR EACH OF BLOOMINGDALE AND | 0.00 | 0.00 | | 0.00 | FA |
| 22. AUTO INSURANCE - STATE FARM, BENEFICIARY: NA | 0.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| Case No: | 16-16422 | DRC | Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|
| Case Name: | QUEDNAU II, WALTER CARL | | | Date Filed (f) or Converted (c): | 05/16/16 (f) |
| | | | | 341(a) Meeting Date: | 06/07/16 |
| | | | | Claims Bar Date: | 10/21/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 23. TERM LIFE INSURANCE - GEN WORTH, BENEFICIARY: ADUL | 0.00 | 0.00 | | 0.00 | FA |
| 24. Potential remaining inheritance from mother's est | 5,000.00 | 0.00 | | 0.00 | FA |

TOTALS (Excluding Unknown Values)   $527,337.73   $0.00   $40,000.00   Gross Value of Remaining Assets   $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Submitted TFR to US Tee November 15, 2016, 01:37 pm

Trustee awaiting bar date to expire; TFR to follow October 12, 2016, 02:59 pm

Initial Projected Date of Final Report (TFR): 12/31/16     Current Projected Date of Final Report (TFR): 12/31/16


/s/   GINA B. KROL
_____   Date: 03/06/17
GINA B. KROL

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 16-16422 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | QUEDNAU II, WALTER CARL | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******7921 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4204 | | |
| For Period Ending: | 03/06/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/04/16 | 1 | SPRINGER BROWN LLC<br>300 S COUNTY FARM ROAD, STE 1<br>WHEATON, IL 60187 | | 1110-000 | 40,000.00 | | 40,000.00 |
| 11/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 53.70 | 39,946.30 |
| 01/20/17 | 030001 | GINA B. KROL<br>105 W. Madison<br>Suite 1100<br>Chicago, IL 60602 | Final Distribution | | | 4,753.48 | 35,192.82 |
| | | | Fees           4,750.00 | 2100-000 | | | |
| | | | Expenses         3.48 | 2200-000 | | | |
| 01/20/17 | 030002 | GINA B. KROL<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Final Distribution | 3110-000 | | 907.49 | 34,285.33 |
| 01/20/17 | 030003 | Cohen & Krol<br>Attorneys for Trustee<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Final Distribution | | | 1,824.83 | 32,460.50 |
| | | | Fees           1,815.01 | 3110-000 | | | |
| | | | Expenses         9.82 | 3120-000 | | | |
| 01/20/17 | 030004 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Final Distribution | 7100-900 | | 407.86 | 32,052.64 |
| 01/20/17 | 030005 | East Balt, Inc. n/k/a East Balt US LLC,<br>c/o Tejal<br>c/o Latimer Levay Fyock LLC<br>55 W. Monroe Street, Suite 1100 | Final Distribution<br>(2-1) Money Loaned | 7100-900 | | 32,052.64 | 0.00 |

Page Subtotals     40,000.00     40,000.00

Ver: 19.07

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 16-16422 -DRC | |
| Case Name: | QUEDNAU II, WALTER CARL | |
| Taxpayer ID No: | *******4204 | |
| For Period Ending: | 03/06/17 | |

| | | |
|---|---|---|
| Trustee Name: | GINA B. KROL | |
| Bank Name: | ASSOCIATED BANK | |
| Account Number / CD #: | *******7921 Checking Account (Non-Interest Earn | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Chicago, IL 60603 | | | | | |

|   |   |   |   |
|---|---|---|---|
| COLUMN TOTALS | 40,000.00 | 40,000.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 40,000.00 | 40,000.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 40,000.00 | 40,000.00 | |
| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - ********7921) | 40,000.00 | 40,000.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 40,000.00 | 40,000.00 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   0.00   0.00

Ver: 19.07

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*